# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF TEXAS
# DALLAS DIVISION

| | |
|---|---|
| CONSUELO IBARRA and §<br>MARIA DEL SOCORRO VILLAREAL, §<br>individually and on behalf of a class of all others §<br>similarly situated §<br>§<br>    Plaintiffs, §<br>§<br>VS. §<br>§<br>PROSKAUER ROSE, LLP, §<br>THOMAS V. SJOBLOM, §<br>CHADBOURNE & PARKE, LLP, §<br>CAS & CO LIMITED §<br>f/k/a CAS Hewlett & Co., AND §<br>and SPENCER C. BARASCH §<br>§<br>    Defendants §| CAUSE NO. 3:12-cv-1805-N |

## NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE

NOW COME PLAINTIFFS, Consuelo Ibarra, Maria Del Socorro Villareal, Anita Chertorivsky, Cesar Lopez, Juana Valenti, Bruno Zepeda, Eugenio Vargas, Maria del Pilar Aguilera, Carlos Velazquez, Duque Daniel, Arlette Guerrero, Luis Cabrera, Daniel Dauajare, Luis Galan, Silvia Josefina Vilchis Vargas Trust c/o Silvia Vilchis, Maria Teresa Narango, Santiago de Jesus Garcia, Carlos Gandara, Fernando Ruiz, Aurora Olmos, Raul Trevino, Jose Guadalupe Moreno de Alba Trust c/o Jose Moreno, Ana Margolis, Familia Soberanes Collado Trust c/o Carlos Urbano, Beatriz Garcia, Gerardo Gonzalez, Veronica Corral, Roberto Araujo, Malla Trust c/o Fermin Maisterrena, Cesar Garza, Jose Saade, Nautilius Trust c/o Carmen Bilbao, Basilio Jalil Majul Madrid Trust 2 c/o Basilio Majul, Abraham Braverman, Hume Trust c/o Angel Huerta, Maria Eugenia Perez, Rosendo Rodriguez, Silvia Nuñez, Othon Welsh, Luz de Diaz, Lorraine Trust c/o Rebeca Perez, 4 Ever Rebe II Trust c/o Rebeca Perez, Sophistique Trust

c/o Rebeca Perez, 4 Ever Rebe Trust c/o Rebeca Perez, Ana Casalet, Thomas Betman, Maria Reyes, Maria Consuelo Perez Vietez Trust c/o Antonio Perez and Miriam Braverman (collectively hereinafter "Plaintiffs") and hereby provide notice to the Court pursuant to FRCP 41(a)(1)(A)(i) that they hereby voluntarily dismiss their individual claims asserted against remaining Defendants, Proskauer Rose, LLP and CAS & Co. Ltd. f/k/a CAS Hewlett & Co., in this Cause with prejudice to the re-filing of same.

Plaintiffs previously dismissed their claims against Defendants Thomas Sjoblom (ECF No. 73), Spencer Barash (ECF No. 74), and Chadbourne & Parke, LLP (ECF No. 69). As a result of this dismissal of claims against remaining Defendants Proskauer Rose, LLP and CAS & Co. Ltd. f/k/a CAS Hewlett & Co., there are no further claims pending against any Defendant, and the Court may proceed to administratively close this case.

## **PRAYER**

WHEREFORE, PREMISES CONSIDERED, Plaintiffs pray that the Court dismiss Plaintiffs' individual claims against Defendants Proskauer Rose, LLP and CAS & Co. Ltd. f/k/a CAS Hewlett & Co., with prejudice, and close this case.

Respectfully submitted,

| | |
|---|---|
| **CASTILLO SNYDER, P.C.** | **NELIGAN FOLEY, LLP** |
| One Riverwalk Place, Suite 405 | Republic Center |
| 700 N. St. Mary's Street | 325 N. St. Paul, Suite 3600 |
| San Antonio, Texas 78205 | Dallas, Texas 75201 |
| Telephone: (210) 630-4200 | Telephone: (214) 840-5320 |
| Facsimile: (210) 630-4210 | Facsimile: (214) 840-5301 |
| | |
| By: *s/ Edward C. Snyder* | By:*/s/ Douglas J. Buncher* |
|     EDWARD C. SNYDER |     DOUGLAS J. BUNCHER |
|     State Bar No. 00791699 |     State Bar No. 03342700 |
|     esnyder@casnlaw.com |     dbuncher@neliganlaw.com |
|     JESSE R. CASTILLO |     PATRICK J. NELIGAN, JR. |
|     State Bar No. 03986600 |     State Bar No. 14866000 |
|     jcastillo@casnlaw.com |     pneligan@neliganlaw.com |

**COUNSEL FOR PLAINTIFFS**

## CERTIFICATE OF SERVICE

On March 18, 2019, I electronically submitted the foregoing document with the clerk of the court of the U.S. District Court, Northern District of Texas, using the electronic case filing system of the court. I hereby certify that I have served all counsel and/or pro se parties of record electronically or by another manner authorized by Federal Rule of Civil Procedure 5(b)(2).

By:   */s Edward C. Snyder*
      Edward C. Snyder